# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

No. 13-126V

December 10, 2014

Not to be Published

*****************************************

| | |
|---|---|
| MARGARET GARRISON,                       * | |
|                                * | |
|        Petitioner,                  * | Attorneys' fees and costs decision |
|                                * | based on Stipulation of Fact |
|     v.                               * | |
|                                * | |
| SECRETARY OF HEALTH       * | |
| AND HUMAN SERVICES,         * | |
|                                * | |
|        Respondent.                * | |

*****************************************

Danielle A. Strait, Washington, DC, for petitioner.
Ann D. Martin, Washington, DC, for respondent.

**MILLMAN, Special Master**

## DECISION[1]

On December 10, 2014, the parties filed a stipulation of fact in which they agreed on an appropriate amount for attorneys' fees and costs in this case.

Petitioner submitted a draft to respondent of her Attorneys' Fees and Costs. During informal discussions, respondent raised objections to certain items in petitioner's application. Based on these objections, petitioner amends her application to reflect an amount for attorneys'

---

[1] Because this decision contains a reasoned explanation for the special master's action in this case, the special master intends to post this decision on the United States Court of Federal Claims's website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002). Vaccine Rule 18(b) states that all decisions of the special masters will be made available to the public unless they contain trade secrets or commercial or financial information that is privileged and confidential, or medical or similar information whose disclosure would constitute a clearly unwarranted invasion of privacy. When such a decision is filed, petitioners have 14 days to identify and move to redact such information prior to the document's disclosure. If the special master, upon review, agrees that the identified material fits within the categories listed above, the special master shall redact such material from public access.

fees of $23,086.20 and of attorneys' costs of $3,706.91.  Respondent does not object to these amounts.  The undersigned finds these amounts to be reasonable.  In addition, pursuant to General Order #9, petitioner filed a statement on December 10, 2014 stating that she has not incurred any costs in pursuit of her claim.  Accordingly, the undersigned awards:

**$26,793.11**, representing reimbursement for attorneys' fees and costs.  The award shall be in the form of a check made payable jointly to petitioner and Maglio, Christopher & Toale, PA, in the amount of **$26,793.11**.

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the clerk of the court is directed to enter judgment herewith.[2]


**IT IS SO ORDERED.**


December 10, 2014                                                    /s/ Laura D. Millman
DATE                                                                        Laura D. Millman
                                                                                 Special Master

---

[2] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party, either separately or jointly, filing a notice renouncing the right to seek review.